**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Susan Marx,<br><br>Plaintiff,<br><br>vs.<br><br>Starmark Northwest Management, L.L.C., parent of Club Sports International, Inc., d/b/a Northwest Athletic Club,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | **Civil No. 00-CV-2533 PAM/JGL**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The parties, by and through the undersigned counsel, stipulate that Plaintiff's complaint shall be dismissed with prejudice and on the merits but without costs or attorneys' fees to either party, and that judgment of dismissal with prejudice and on the merits may be entered hereon pursuant hereto without further motion.

FAEGRE & BENSON LLP

Dated: May 14, 2001

By: [signature]
David J. Goldstein, #175572
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants

**EXHIBIT B**

FILED MAY 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 5-9, 2001

Milavetz, Gallop & Milavetz, P.A.

By: ______________________

Barbara Nilva Nevin, Atty No. 79261
Shannon E.W. Berg, Atty. No. 284476
6500 France Avenue
Edina, MN 55435
(952) 920-7777

Attorneys for Plaintiff Susan Marx

**ORDER**

UPON THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: May 15, 2001

______________________
United States District Court Judge
Paul A. Magnuson

M1:738832.01